# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135608

ROBERT BOLOGNA and LINDA BOLOGNA,
       Plaintiffs-Appellees,

v

DENISE PEVARNEK,
       Defendant-Appellant,

and

CHESTER DAMIANI and RED CARPET
KEIM REALTY,
       Defendants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135608
COA: 267244
Wayne CC: 04-434504-CZ

_____/

     On order of the Court, the application for leave to appeal the November 29, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

s0317

_____
Clerk